UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v. Case No. 5:19cr10-TKW-MJF

REGGIE MONTEZ GATHERS,

    Defendant.
_____/

## ORDER

This case having come before the Court on the Government's motion to dismiss (Doc. 50), and the Court being fully advised, it is

**ORDERED** that:

1. The motion is **GRANTED**, and the Indictment against Defendant Gathers is **DISMISSED without prejudice** pursuant to Fed. R. Crim. P. 48(a).

2. Defendant Gathers shall be released from <u>federal</u> custody forthwith.

**DONE and ORDERED** this 24th day of September, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**